FILED
2014 JUN 20 AM 8:11
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| BARBARA RITTER, § | |
| Plaintiff, § | |
| § | |
| vs. § | CIVIL ACTION NO. 1:14-cv-463-SS |
| § | |
| SCOTT & WHITE HEALTHCARE, § | |
| SCOTT & WHITE CLINIC § | |
| SCOTT & WHITE EMS, INC., and § | |
| SCOTT & WHITE MEMORIAL § | |
| HOSPITAL, § | |
| Defendants. § | |

## ORDER ON STIPULATION OF PARTIAL DISMISSAL WITHOUT PREJUDICE

Based on the representations contained in their motion, Plaintiff Barbara Ritter and Scott & White Healthcare, Scott & White Clinic, Scott & White EMS, Inc, and Scott & White Memorial Hospital file this stipulation so that Scott & White Healthcare and Scott & White EMS, Inc. have stipulated to voluntary dismissal without prejudice of the claims against Scott & White Healthcare and Scott & White EMS, Inc.

WHEREFORE, pursuant to the Stipulation of Partial Dismissal Without Prejudice, the claims and causes of action against Scott & White Healthcare and Scott & White EMS, Inc. are dismissed without prejudice. Plaintiff, Scott & White Healthcare, and Scott & White EMS, Inc. are each responsible for their own attorney's fees and costs.

SIGNED this 20th day of June, 2014.

_Sam Sparks_
SAM SPARKS
U.S. DISTRICT JUDGE