IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| BARBARA RITTER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 1:14-cv-463-SS |
| | § | |
| SCOTT & WHITE HEALTHCARE, | § | |
| SCOTT & WHITE CLINIC, | § | |
| SCOTT & WHITE EMS, INC., and | § | |
| SCOTT & WHITE MEMORIAL | § | |
| HOSPITAL, | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF'S NOTICE OF DISMISSAL OF CLAIMS AGAINST DEFENDANTS

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Barbara Ritter notifies the Court that she voluntarily dismisses with prejudice the claims asserted against all remaining Defendants.

All parties who have appeared stipulate to this dismissal with prejudice. There are no counterclaims brought by any remaining Defendant, and the Defendants are unopposed to this dismissal.

Case 1:14-cv-00463-SS   Document 16   Filed 03/09/15   Page 2 of 2

Respectfully submitted,

EDWARDS LAW
The Haehnel Building
1101 East 11th Street
Austin, TX 78702
Tel.   (512) 623-7727
(512) 623-7729 (facsimile)

*/s/ Jeff Edwards*
Jeff Edwards
State Bar No. 24014406
jeff@edwards-law.com
Scott Medlock
State Bar No. 24044783
scott@edwards-law.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I, Jeff Edwards, certify that a true copy of **Plaintiff's Notice of Dismissal of Claims Against Defendants** has been served upon all counsel of record via electronic filing notification on March 9, 2015.

*/s/* Jeff Edwards
**JEFF EDWARDS**

2