IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
2015 MAR -9  PM 4: 33
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____KW_____
DEPUTY

BARBARA RITTER,
    Plaintiff,

-vs-                Case No. A-14-CA-463-SS

SCOTT & WHITE CLINIC and SCOTT & WHITE MEMORIAL HOSPITAL,
    Defendants.

## ORDER OF DISMISSAL

BE IT REMEMBERED on this day there was presented to the Court the Plaintiff's Notice of Dismissal of Claims Against Defendants [#16] filed by the plaintiff in the above-styled and numbered cause with the agreement of defendants, and after consideration of the same, the Court enters the following orders:

  IT IS ORDERED that the Plaintiff's Notice of Dismissal of Claims Against Defendants [#16] is GRANTED in all respects and this lawsuit is hereby DISMISSED with prejudice.

  IT IS FINALLY ORDERED that all costs are adjudged against the party incurring same.

SIGNED this the 9th day of March 2015.

                _____Sam Sparks_____
                UNITED STATES DISTRICT JUDGE